IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00955-CBS

LNV CORPORATION,

    Plaintiff,

v.

M. JULIA HOOK, an individual;
THE PRUDENTIAL HOME MORTGAGE, INC.;
INTERNAL REVENUE SERVICE;
SAINT LUKES LOFTS HOMEOWNER ASSOC., INC., and
DEBRA JOHNSON in her official capacity as the Public Trustee of the City and County of Denver, Colorado,

    Defendants.

_____

### ORDER GRANTING PLAINTIFF'S VERIFIED MOTION TO SERVE THE PRUDENTIAL HOME MORTGAGE COMPANY, INC. BY PUBLICATION
_____

This matter is before the court on Plaintiff's Verified Motion to Serve The Prudential Home Mortgage Company, Inc. by Publication. Upon review of the Motion and the court being otherwise fully advised in the premises, the court finds that Plaintiff LNV Corporation has used due diligence to obtain personal service over Defendant The Prudential Home Mortgage Company, Inc. and that further efforts would be to no avail.

IT IS HEREBY ORDERED that the Motion is granted. Plaintiff may serve Defendant The Prudential Home Mortgage Company, Inc. by publication pursuant to F.R.C.P. 4(e)(1) and C.R.C.P. 4(g). Plaintiff shall publish the summons in The Denver Post once each week for five successive weeks. Within 14 days of the date of this Order, Plaintiff also shall mail a copy of process to the last known Principal Office Mailing Address contained in the records of the

2

Colorado Secretary of State for The Prudential Home Mortgage, Co. and shall file proof thereof with this Court. Service shall be complete on the day of the last publication.

DATED this 29th day of April, 2014.

BY THE COURT:

s/Craig B. Shaffer

United States Magistrate Judge