IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00955-CBS                Date: July 17, 2014
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                                   *Counsel:*

LNV CORPORATION                              Duncan Barber
                                             Tracy Davis

Plaintiff,

v.

M. JULIA HOOK, et al.                        *Pro Se*
                                             Richard Schwartz (by telephone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:57 a.m.**
Court calls case. Appearances of counsel.

The Court addresses counsel about defendants Prudential Home Mortgage, Inc., Saint Lukes Lofts Homeowner Assoc. Inc., and Debra Johnson. These defendants have been named in the Complaint and need to take formal action in the case. Counsel has not filed an appearance for any of these defendants.

Discussion regarding Pilot Project. Ms. Hook does not consent to the jurisdiction of a Magistrate Judge.

**ORDERED:** Motion to Amend/Correct/Modify Complaint [34] is **DENIED AS MOOT.**

Ms. Hook opposes Second Motion to Amend/Correct/Modify Complaint [43]. A response to the motion is due by July 28, 2014.

Further discussion regarding Motion to Dismiss Crossclaims [39] and Motion for Default Judgment as to Prudential Home Mortgage Company, Inc. [44]. There is a similar case before the Court, 13-cv-01156-RM-KLM. A Recommendation was filed by Magistrate Judge Mix in the similar case on July 10, 2014.

Parties will fill out consent form and the Court will file it after the hearing. After the case is re-drawn to a District Judge, Magistrate Judge Shaffer will set a new Scheduling Conference.

Plaintiff's counsel will review their Motion for Default Judgment as to Prudential Home Mortgage Company, Inc. [44].

**Court in recess: 10:34 a.m.**
Total time in court:     00:37

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.