IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   14-cv-00955-RM-CBS | Date: August 21, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                         *Counsel:*

LNV CORPORATION,                                    Duncan Barber
                                                                       Tracy David

Plaintiff,

v.

M. JULIA HOOK, *et al.*,                              *Pro Se*
                                                                       Richard Schwartz (by telephone)


Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 08:58 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   Defendant M. Julia Hook's Verified Motion to Quash Service of Process [13] is **MOOT** in light of subsequent procedural developments from the State Court.

LNV Corporation's Second Motion to Amend Complaint [43] is **GRANTED.**

Defendant M. Julia Hook's Motion to Withdraw Motion to Compel Disclosures and Production of Documents from Defendant United States of America [64] is **GRANTED.**

Defendant M. Julia Hook's Motion to Compel Disclosures and Production of Documents from Defendant United States of America [60] is **MOOT** in light on the Court granting Motion to Withdraw [64].

United States' Motion to Dismiss Cross Claims [39], Defendant M. Julia Hook's Verified Emergency Motion for a Temporary Restraining Order and/or a Preliminary Injunction, and Request for an Evidentiary Hearing [57], and Defendant M. Julia Hook's Motion for Expedited Handling of Her Verified Emergency Motion for a Temporary Restraining Order and/or a

Preliminary Injunction [62] are not referred to Magistrate Judge Shaffer.

Defendant Hook is seeking documents from the government to support her claims. The government is seeking to withdraw all cross claims.

Ms. Hook notes in proposed Scheduling Order that LNV and the government's 26(a)(1) disclosures were inadequate.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment to Pleadings: **October 6, 2014**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**ORDERED:** The Court issues a STAY on discovery is regard to the cross claims against the United States until United States' Motion to Dismiss Cross Claims [39] is decided.

**THE FOLLOWING DEADLINES WILL APPLY TO ALL CLAIMS AND DEFENSES WITH THE EXCEPTION OF THE CROSS CLAIMS AGAINST THE UNITED STATES:**
Discovery Cut-off: **December 31, 2014**
Dispositive Motion Deadline: **January 31, 3015**
Affirmative experts shall be designated by: **November 1, 2014**
Rebuttal experts shall be designated by: **December 1, 2014**

**ORDERED:** A Status Conference is set for November 17, 2014 at 9:00 a.m. to discuss Motion to Dismiss Cross Claims, how discovery has progressed, and to re-visit deadlines if needed. If a ruling on Motion to Dismiss Cross Claims has been decided before November 17, 2014, counsel shall put together a conference call with Judge Shaffer's chambers at (303) 844-2117 within 72 hours of the ruling.

Ms. Hook may re-file her Motion to Compel with the changes suggested in court. If Ms. Hook re-files her Motion, Mr. Schwartz and Ms. Hook shall put together a conference call with Judge Shaffer's chambers at (303) 844-2117 within 72 hours of the filing of the Motion to further discuss the merits of the Motion.

Hearing concluded.

**Court in recess: 10:12 a.m.**
Total time in court:    01:14

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.