IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00955-RM-CBS         Date:  November 7, 2014
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                               *Counsel:*

LNV CORPORATION,                         Tracy Davis

Plaintiff,

v.

M. JULIA HOOK, *et al.,*                 *Pro se*
                                         Richard Schwartz

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 02:28 p.m.**
Court calls case.  Appearances of counsel.

The Court addresses pending motions.

**ORDERED:**   Joint MOTION [76] to Dismiss Claims Against Saint Lukes Lofts Homeowner Assoc., Inc. is **DENIED without prejudice.**

Stipulated MOTION [84] for Entry of Judgment Against Debra Johnson in Her Official Capacity as the Public Trustee for the City and County of Denver, Colorado is **DENIED without prejudice.**

Plaintiff's Second MOTION [67] for Entry of Default Judgment Against the Prudential Home Mortgage Company, Inc. is **DENIED without prejudice.**

Ms. Hook addresses issues regarding the documents she requested from Mr. Schwartz.  Mr. Schwartz will produce one of the transcripts as stated on the record.  Ms. Hook is given leave to file a motion to compel regarding the tax information regarding Mr. Smith.  Ms. Hook addresses the documents regarding the sale of the rental property and privilege log.  Mr. Schwartz addresses Ms. Hook sending additional discovery requests.  Ms. Hook is given leave to file a motion to amend counterclaims and affirmative defenses.  Ms. Davis addresses the current schedule set by the Court.

Hearing Concluded.

**Court in recess: 03:34 p.m.**
Total time in court: 01:06

To order transcripts of hearing with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.