IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00955-RM-CBS | Date: November 17, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

LNV CORPORATION, | Duncan Barber
 | Tracy Davis

Plaintiff,

v.

M. JULIA HOOK, *et al.,* | M. Julia Hook
 | Richard Schwartz (by telephone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case. Appearances of counsel.

Defendant David Smith has filed MOTION [115] to Dismiss. Mr. Smith is not present at this hearing. Mr. Smith needs to be present at all future hearings. The Court addresses Ms. Hook's MOTION [123] for Reconsideration. Parties may file a Motion to Compel if they see it necessary. There are several Motions to Dismiss pending. The Plaintiff has exchanged discovery with Ms. Hook and are awaiting responses. Discussion regarding discovery, discovery deadlines, and the possibility of parties filing motions for summary judgment.

**ORDERED:** After discussion with the parties, all discovery deadlines and the dispositive motion deadline are VACATED pending a ruling on the pending motions to dismiss.

A Telephonic Status Conference is set for February 12, 2015 at 10:00 a.m. Mr. Smith MUST attend this hearing. Parties participating in the telephone conference shall first initiate a call amongst themselves and call the court at (303) 844-2117 at the scheduled time. If all the motions to dismiss are ruled on before February 12th, parties shall initiate a conference call and contact Magistrate Judge Shaffer's chambers within 72 hours of a ruling to set an earlier status conference.

MOTION [123] for Reconsideration is **DENIED** as stated on the record.

Hearing Concluded.

**Court in recess: 09:43 a.m.**
Time in court: 00:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.