**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00955-RM-CBS

LNV CORPORATION,

    Plaintiff,

v.

M. JULIA HOOK, an individual,
THE PRUDENTIAL HOME MORTGAGE, INC.,
UNITED STATES OF AMERICA,
SAINT LUKE'S LOFTS HOMEOWNER ASSOC. INC.,
DEBRA JOHNSON, in her official capacity as the Public Trustee of the City and County of Denver, Colorado, and
DAVLID L. SMITH, an individual,

    Defendants.

_____

**ORDER DENYING
DEFENDANT M. JULIA HOOK'S MOTION FOR ORDER
GRANTING INJUNCTION PENDING APPEAL (ECF NO. 116)**
_____

THIS MATTER is before the Court on Defendant M. Julia Hook's Motion for Order Granting Injunction Pending Appeal ("Motion") (ECF No. 116), filed pursuant to Fed. R. App. 8, requesting an order granting an injunction pending appeal. In order to obtain a stay pending appeal under Fed. R. App. P. 8, Defendant Hook must show: (1) the likelihood of success on appeal; (2) the threat of irreparable harm if the stay or injunction is not granted; (3) the absence of harm to opposing parties if the stay or injunction is granted; and (4) any risk of harm to the public interest. *Federal Trade Comm'n v. Mainstream Marketing Servs., Inc.,* 345 F.3d 850, 852 (10th Cir. 2003); 10th Cir. R. 8.1. Here, Defendant Hook has failed to address these requirements, much less show they have been met. For this reason alone, the Motion may be denied. Further,

Defendant Hook's appeal is from this Court's denial of her Motion for a Temporary Restraining Order and/or a Preliminary Injunction, where the Court already found she failed to establish injunctive relief may be granted.   It is therefore

**ORDERED** that Defendant M. Julia Hook's Motion for Order Granting Injunction Pending Appeal (ECF No. 116) is **DENIED**.

DATED this 11th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge