IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00955-RM-CBS | Date:  August 26, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*　　　　　　　　　　　　　　　*Counsel:*

LNV CORPORATION,　　　　　　　　Duncan Barber
　　　　　　　　　　　　　　　　　　Julie Trent

Plaintiff,

v.

M. JULIA HOOK, *et al.*,　　　　　　　Julia Hook *Pro se*
　　　　　　　　　　　　　　　　　　Goud Maragani
　　　　　　　　　　　　　　　　　　David Smith *Pro se* (by phone)

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:36 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before *[150] Defendant M. Julia Hook's Motion for Order Compelling Discovery* and *[160] Defendant M. Julia Hook's Motion for Order Compelling Discovery from the United States of America*.  Discussion and argument regarding the motions.

Statement by Mr. Smith.

**ORDERED:**　　*[160] Defendant M. Julia Hook's Motion for Order Compelling Discovery from the United States of America* is **DENIED** as stated on the record.

　　　　　　　　*[150] Defendant M. Julia Hook's Motion for Order Compelling Discovery* is **DENIED without prejudice** as stated on the record**.**

Mr. Smith addresses setting a final pretrial conference.

Ms. Hook objects to both rulings.  If Ms. Hook wants to file an objection to today's rulings, those objections are due 14 days from today.

HEARING CONCLUDED.

**Court in recess: 02:49 p.m.**
Total time in court: 01:13

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.