IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-00955-RM-CBS     Date: March 8, 2016
Courtroom Deputy: Amanda Montoya    FTR – Reporter Deck-Courtroom A402

*Parties:*                          *Counsel:*

LNV CORPORATION,                    Duncan Barber

Plaintiff,

v.

M. JULIA HOOK, *et al.,*            Julia Hook *Pro se*
                                    David Smith *Pro se*
                                    Goud Maragani (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:00 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding current deadlines and *[204] Defendant M. Julia Hook's Re-Filing of Motion for Order Compelling Discovery From the United States of America; Request for Oral Argument*.

**ORDERED:** For the reasons stated on the record. *[204] Defendant M. Julia Hook's Re-Filing of Motion for Order Compelling Discovery From the United States of America; Request for Oral Argument* is **DENIED.**

**ORDERED:** LNV Corporation's responses to Ms. Hook's discovery must be produced on or before **March 14, 2016.**

Mr. Duncan makes oral motion to extend the dispositive motion deadline. Ms. Hook opposes the oral motion.

**ORDERED:** Mr. Barber's oral motion is **GRANTED.** The dispositive motion deadline is extended until **April 14, 2016.**

Mr. Barber anticipates filing a motion for dismissal of Prudential Home Mortgage, the Home

Owners Association and the public trustee.

Hearing Concluded.

**Court in recess: 09:14 a.m.**
Time in court: 00:14

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.